FILE COPY



**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, May 12, 2021

11th Court of Appeals Clerk
Sherry Williamson
P. O. Box 271
Eastland, TX 76448
* Delivered Via E-Mail *

**Re:** Armindariz, Matthew John
**CCA No.** PD-0883-19                                    **COA No.** 11-19-00021-CR
**Trial Court Case No.** D-45,887

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    Presiding Judge 358th Judicial District (Delivered Via E-Mail)
       State Prosecuting Attorney (Delivered Via E-Mail)
       District Clerk Ector County (Delivered Via E-Mail)
       District Attorney Ector County (Delivered Via E-Mail)
       Luke Garrett (Delivered Via E-Mail)